147 A.3d 455

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT L. FREEMAN, JR. (A/K/A ROBERT LENELL FREEMAN, JR.), DEFENDANT-PETITIONER.

July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000859-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 455

STATE OF NEW JERSEY, PLAINTIFF-CROSS-RESPONDENT, v. EARL MARSHALL, DEFENDANT-CROSS-PETITIONER.

Filed July 15, 2016

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A-5127-11 and A-592-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied.